✓ FILED       ___ RECEIVED
___ ENTERED   ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

AUG 2 6 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON SCOTT KUTZ, ) <br> ) <br> Defendant. ) | 2:10-CR-598-LDG (PAL) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on **DATE OF CHANGE OF PLEA** [handwritten: August 26, 2011], defendant JASON SCOTT KUTZ pled guilty to Count One of a One-Count Criminal Information charging him in Count One with Conspiracy to Distribute Oxycodone in Violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(C).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Information and the Plea Memorandum and the offense to which defendant JASON SCOTT KUTZ has pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Sections 852(a)(1) and (a)(2):

1) Remington 700 with bipod, serial number G6848567;

2) Marlin 270W with Valor scope, serial number Z31001;

3) Winchester 1200, 12 gauge wood stock, bearing no serial number;

4) Remington 870 Wingmaster, serial number T818336V;

5) Remington bolt action rifle, serial number 3983189;

6) Mossberg 535, 12 gauge, serial number AT092641;

7) Ruger, .223 caliber ranch rifle, serial number 581-30355;

8) Winchester Model 94, .30-.30 lever, serial number 1267874;

9) Sears Robuck & Co. Model 5, .223 caliber, serial number 267082;

10) Mossberg International 817, serial number HGL021856;

11) Amadeo Rossi double barrel 12 gauge, serial number R17689;

12) Lyman Great Plains muzzle loader, .50 caliber, serial number 110376;

13) Colt Single Action Frontier Scout, .22 LR 2377PG;

14) Sportsman 12 pump Magnum (sawed-off barrel/stock), serial number W389969M;

15) Glock Model 27, serial number MKG171; and,

16) any and all ammunition. ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JASON SCOTT KUTZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 26 day of Aug, 2011.

_____
UNITED STATES DISTRICT JUDGE